FILED

09/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0186

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0186

_____

DANIEL COYLE,

      Plaintiff and Appellee,

  v.

DHANLAXMI, LLC, d/b/a BUDGET INN OF
DEER LODGE; ROHIT PATEL; PRAKASH         O R D E R
GANDHI, and JOHN DOES 1-5,

      Defendants,

POOJA HOSPITALITY, LLC; LAXMI GROUP,
LLC,

      Intervenors and Appellants.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Ray Dayton, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 27 2023